**FILED**

AUG 1 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   LINDA HARTER, #179741
    Chief Assistant for the Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA 95814
4   Tel: 916-498-5700  Fax: 916-498-5710

5   Attorneys for Defendant
    TASAUNA MURPHY
6

7               IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )  Case No. 2:14-mj-00089-KJN
                                     )
11          Plaintiff,               )  STIPULATION AND [PROPOSED] ORDER
                                     )  TO RESCHEDULE STATUS CONFERENCE
12          v.                       )  ON RULE 20
                                     )
13  TASAUNA MURPHY,                  )  Date:  August 14, 2014
                                     )  Time:  2:00 p.m.
14          Defendant.               )  Judge: Hon. Edmund F. Brennan
                                     )
15  _____ )

16

17          IT IS HEREBY STIPULATED between the parties through their respective counsel,

18  KYLE REARDON Assistant United States Attorney, and LINDA C. HARTER Chief Assistant

19  Federal Defender, attorney for TASAUNA MURPHY, that the Status Conference on the Rule 20

20  hearing set for August 4, 2014 at 2:00 p.m. before Duty Magistrate Judge Drozd be vacated and

21  continued to August 14, 2014 at 2:00 p.m. before Duty Magistrate Judge Brennan.

22          The reason for this continuance is that the Assistant United States Attorney in Scranton,

23  Pennsylvania has agreed to allow a Rule 20 transfer.  She is preparing discovery and the written

24  plea agreement for us to review.  Counsel needs additional time to receive information from the

25  / / /

26  / / /

27  / / /

28

                                    -1-

1    United States Attorney's Office in Scranton, Pennsylvania, and to review these documents.

2    DATED: July 30, 2014                              Respectfully submitted,

3

4                                                      HEATHER WILLIAMS
                                                       Federal Defender

5                                                      /s /Linda Harter
                                                       LINDA HARTER
6                                                      Chief Assistant to the Federal Defender
                                                       Attorneys for Defendant
7                                                      TASAUNA MURPHY

8
     Dated: July 30, 2014                              BENJAMIN B. WAGNER
9                                                      United States Attorney

10

11                                                     /s/ Linda C. Harter for
                                                       KYLE REARDON
12                                                     Assistant United States Attorney

13

14                                    **ORDER**

          IT IS SO ORDERED.
15
     Dated:  8/13/14
16                                                     _____
                                                       HON. DALE A. DROZD
17                                                     United States Magistrate Judge

18

19

20

21

22

23

24

25

26

27

28