HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
TASAUNA MURPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-mj-00089-KJN |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO RESCHEDULE STATUS CONFERENCE ON RULE 20 |
| v. | |
| TASAUNA MURPHY, | Date:  August 28, 2014 |
| Defendant. | Time:  2:00 p.m.<br>Judge:  Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED between the parties through their respective counsel, KYLE REARDON Assistant United States Attorney, and LINDA C. HARTER Chief Assistant Federal Defender, attorney for TASAUNA MURPHY, that the Status Conference on the Rule 20 hearing set for August 14, 2014 at 2:00 p.m. before Duty Magistrate Judge Brennan be vacated and continued to August 28, 2014 at 2:00 p.m. before Duty Magistrate Judge Newman.

The reason for this continuance is that the Assistant United States Attorney in Scranton, Pennsylvania has agreed to allow a Rule 20 transfer. She is preparing discovery and the written plea agreement for us to review. Counsel needs additional time to receive information from the

/ / /

/ / /

/ / /

1  United States Attorney's Office in Scranton, Pennsylvania, and to review these documents.

2  DATED: August 28, 2014                                Respectfully submitted,

                                                        HEATHER WILLIAMS
                                                        Federal Defender

                                                        */s /Linda Harter*
                                                        LINDA HARTER
                                                        Chief Assistant to the Federal Defender
                                                        Attorneys for Defendant
                                                        TASAUNA MURPHY


Dated: August 28, 2014                                  BENJAMIN B. WAGNER
                                                        United States Attorney



                                                        */s/ Linda C. Harter for*
                                                        KYLE REARDON
                                                        Assistant United States Attorney


                              **ORDER**

     IT IS SO ORDERED.

Dated:  August 13, 2014.

                              _____
                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE