HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
TASAUNA MURPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TASAUNA MURPHY,<br><br>Defendant. | Case No. 2:14-mj-00089-KJN<br><br>STIPULATION AND ORDER TO RESCHEDULE STATUS CONFERENCE ON RULE 20<br><br>Date:   October 15, 2014<br>Time:  2:00 p.m.<br>Judge: Hon. Carolyn K. Delaney |

IT IS HEREBY STIPULATED between the parties through their respective counsel, ANDRE ESPINOSA Assistant United States Attorney, and LINDA C. HARTER Chief Assistant Federal Defender, attorney for TASAUNA MURPHY, that the Status Conference on the Rule 20 hearing set for September 15, 2014 at 2:00 p.m. be vacated and continued to October 15, 2014 at 2:00 p.m.

The reason for this continuance is that the parties are awaiting the Rule 20 Transfer paperwork from Assistant United States Attorney in Scranton, Pennsylvania to be filed with this court.

///

///

///

///

-1-

DATED: September 11, 2014                    Respectfully submitted,

                                                   HEATHER WILLIAMS
                                                   Federal Defender

                                                   */s /Linda Harter*
                                                   LINDA HARTER
                                                   Chief Assistant to the Federal Defender
                                                   Attorneys for Defendant
                                                   TASAUNA MURPHY

Dated: September 11, 2014                    BENJAMIN B. WAGNER
                                                   United States Attorney


                                                 */s/ Linda C. Harter for*
                                                 ANDRE ESPINOSA
                                                 Assistant United States Attorney

## **ORDER**

    IT IS SO ORDERED.

Dated:  September 12, 2014

                                                 CAROLYN K. DELANEY
                                                 UNITED STATES MAGISTRATE JUDGE