HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
TASAUNA MURPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TASAUNA MURPHY,<br><br>  Defendant. | Case No. 2:14-mj-00089-KJN<br><br>STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE STATUS CONFERENCE ON RULE 20<br><br>Date:  November 5, 2014<br>Time:  2:00 p.m.<br>Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED between the parties through their respective counsel, ANDRE ESPINOSA Assistant United States Attorney, and LINDA C. HARTER Chief Assistant Federal Defender, attorney for TASAUNA MURPHY, that the Status Conference on the Rule 20 hearing set for October 15, 2014 at 2:00 p.m. be vacated and continued to November 5, 2014 at 2:00 p.m.

The reason for this continuance is that the parties are awaiting the Rule 20 Transfer paperwork from Assistant United States Attorney in Scranton, Pennsylvania to be filed with this court.

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| DATED: October 14, 2014 | Respectfully submitted, |
| | HEATHER WILLIAMS<br>Federal Defender |
| | */s /Linda Harter*<br>LINDA HARTER<br>Chief Assistant to the Federal Defender<br>Attorneys for Defendant<br>TASAUNA MURPHY |
| Dated: October 14, 2014 | BENJAMIN B. WAGNER<br>United States Attorney |
| | */s/ Linda C. Harter for*<br>ANDRE ESPINOSA<br>Assistant United States Attorney |

## **ORDER**

IT IS SO ORDERED.

Dated: October 14, 2014

*(signed)*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE